BENJAMIN KOROBKIN, Respondent, *v.* PUBLIC FARMS PRODUCTS, INC., Appellant.

Argued March 9, 1944; decided April 20, 1944.

*Nathaniel Whitehorn* for appellant.

*Allen Moss* and *William F. Wund* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.